Fill in this information to identify the case:

Debtor 1           Ronnie Thomson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
                                                                (State)

Case number       20-11302

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges
12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    MTGLQ Investors, LP            **Court claim no.** (if known):   10-1

**Last 4 digits** of any number you use to    0680
identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. | Attorney fees | | (3) $ | |
| 4. | Filing fees and court costs | | (4) $ | |
| 5. | Bankruptcy/Proof of claim fees | 7/28/2020 $650.00 POC 410<br>7/28/2020 $250.00 POC 410A | (5) $ | 900.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. | Property inspection fees | | (7) $ | |
| 8. | Tax advances (non-escrow) | | (8) $ | |
| 9. | Insurance advances (non-escrow) | | (9) $ | |
| 10. | Property preservation expenses. Specify: | | (10) $ | |
| 11. | Other. Specify: Plan Review | 6/11/2020 | (11) $ | 300.00 |
| 12. | Other. Specify: | | (12) $ | |
| 13. | Other. Specify: | | (13) $ | |
| 14. | Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

| Debtor 1 | Ronnie Thomson | Case number (*if known*) | 20-11302 |
|---|---|---|---|
| | First Name　Middle Name　Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and sate your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X  /s/ Theodore Konstantinopoulos | Date | 10/29/2020 |
|---|---|---|---|
| | Signature | | |

| Print: | Theodore Konstantinopoulos | Title | Attorney for Creditor |
|---|---|---|---|

| Company: | Diaz Anselmo Lindberg, LLC |
|---|---|

| Address: | 1771 West Diehl Road, Suite 120 |
|---|---|
| | Number　Street |
| | Naperville　　　IL　　60563 |
| | City　　　State　Zip Code |

| Contact phone | (630) 453-6960 | Email | ILBankruptcy@dallegal.com |
|---|---|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 20-11302 |
| Ronnie Thomson | CHAPTER 13 |
| Debtor(s). | JUDGE A. Benjamin Goldgar |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2020, a true and correct copy of the foregoing "Notice of Postpetition Mortgage Fees, Expenses, and Charges" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David M Siegel, Debtor's Counsel

    Glenn B Stearns, Trustee

    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Ronnie Thomson, 24576 Passavant, Round Lake, IL 60073

                                                    /s/Mariah Moore

Diaz Anselmo Lindberg LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B20060013